HOUSEHOLD SUPPLY CO. v. WHITEAKER et al.

(Circuit Court of Appeals, Fifth Circuit.   November 4, 1916.   Rehearing Denied December 1, 1916.)

No. 2994.

BANKRUPTCY ☞458—REVIEW—EXCEPTIONS BELOW—SUFFICIENCY.

Where an amendment to a bankruptcy petition recited it was made with leave of court, and exceptions to the master's report did not call the court's attention to the alleged absence of an order allowing the amendment, the absence of the order cannot be complained of on appeal.

[Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. § 918;  Dec. Dig. ☞458.]

Appeal from the District Court of the United States for the Northern District of Alabama;  William I. Grubb, Judge.

The Household Supply Company, a corporation, was adjudged a bankrupt on the petition of Carson, Pirie, Scott & Co. and Mrs. Pearl Whiteaker and others, and it appeals.  Affirmed.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

Max J. Winkler and Victor Smith, both of Birmingham, Ala., for appellant.

Alex C. Birch, W. S. Pritchard, and Samuel B. Stern, all of Birmingham, Ala., for appellees.

Before PARDEE and WALKER, Circuit Judges, and CALL, District Judge.

PER CURIAM. We are of opinion that the evidence contained in the record in this case was such as to support findings that the alleged bankrupt was insolvent and committed an act of bankruptcy alleged in the petition as it was amended. It sufficiently appears that the amendment to the petition filed March 20, 1916, which recited that it was made "with leave of the court first had and obtained," was before the court and was considered by it in passing on the exceptions to the master's report; none of these exceptions calling the attention of the court to the alleged absence of an order by it allowing that amendment.

We find no reversible error in the record. The decree appealed from is affirmed.